# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-10928

_____

UNITED STATES OF AMERICA,

                                                                           Plaintiff-Appellee,

*versus*

GABRIELLA VICTORIA OROPESA,
a.k.a. Gabs,
a.k.a. Gaby,
a.k.a. Gummy,

                                                                           Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:23-cr-00025-VMC-AEP-4

———————

ORDER:

Appellant's motion to expedite oral argument is GRANTED. The Clerk is directed to place this case on the next available oral argument calendar.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION