# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-10928
_____

UNITED STATES OF AMERICA,

                                                                                                     *Plaintiff-Appellee,*

*versus*

GABRIELLA VICTORIA OROPESA,
    a.k.a. Gabs,
    a.k.a. Gaby,
    a.k.a. Gummy,

                                                                                             *Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:23-cr-00025-VMC-AEP-4

_____

ON PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC

Before JORDAN, LAGOA, and WILSON, Circuit Judges.

PER CURIAM:

     The Petition for Rehearing En Banc is DENIED, no judge in regular active service on the Court having requested that the Court be polled on rehearing en banc. FRAP 40. The Petition for Rehearing En Banc is also treated as a Petition for Rehearing before the panel and is DENIED. FRAP 40, 11th Cir. IOP 2.